MAY 8, 1940

No. 4908.—_____.—*American Merchandise Co., Inc.* v. *United States.* Entered at New York. Not published. Motion by plaintiff.

## K. SAMURA SHOTEN, LTD. *v.* UNITED STATES

No. 4909.—Invoice dated Kobe, Japan, April 26, 1937.
Entered at Honolulu, T. H., May 10, 1937.
Entry No. 3558.

(Decided May 13, 1940)

*Lawrence & Tuttle* (*Geo. R. Tuttle* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: This appeal to reappraisement has been stipulated and submitted for decision by counsel for the parties hereto.

In harmony with the stipulation I find the foreign value, as such value is defined in section 402 (c) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise involved herein, and that such values are the unit invoiced values, plus packing and cases as invoiced. Judgment will be rendered accordingly.